UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

(Electronically Filed)

---------------------------------------------------------x
YVETTE WOODARD,

    Plaintiff,

  -against-

125 COURT HOUSE, LLC; 30 MAIN LLC;
DW ASSOCIATES, LP; TWO TREES
MANAGEMENT CO., INC.;
SETTLEMENT HOUSING FUND, INC.,

    Defendants.
---------------------------------------------------------x

07 CV 4215 (BMC/KAM)

STIPULATION AND ORDER
OF DISCONTINUANCE
WITH PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff and the attorneys of record for defendants, that the above-entitled action, be, and the same hereby is, discontinued with prejudice, without fees or costs to any of the aforesaid parties as against the other(s).

  This Stipulation may be executed in counterparts by facsimile or by electronic transmission (email). Faxed signatures on this Stipulation and signatures transmitted by email are considered as originals.

Dated: July 21, 2008

| | |
|---|---|
| LEBENSFELD BORKER SUSSMAN & SHARON LLP<br>Attorneys for Defendants<br><br>By: _____<br>Stephen Sussman (SS-1072)<br>2 Penn Plaza, Suite 1980<br>New York, New York 10121<br>(212) 594-2030 | SOUTH BROOKLYN LEGAL SERVICES, INC.<br>Attorneys for Plaintiff<br><br>By: _____<br>Edward Josephson (EJ-7815)<br>105 Court Street<br>Brooklyn, New York 11201<br>(718) 237-5500 |

RELMAN & DANE PLLC

By: /s/ Scott Chang
JOHN P. RELMAN,
D. SCOTT CHANG, pro hac vice
1225 Nineteenth St., NW, Suite 600
Wshington, DC  20036

Attorneys for Planitffs


SO ORDERED:

_____     Dated: July ___, 2008
Hon. Brian M. Cogan, U.S.D.J